UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHEDRICK LAWRENCE,
                                        Petitioner,
                    Vs
                                                        9:06-CV-654
WARDEN, FCI RAY BROOK,
                                        Respondent.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

SHEDRICK LAWRENCE
Petitioner, Pro Se
68557-053
FCI Ray Brook
PO Box 9002
Ray Brook, NY 12977

HON. ANDREW T. BAXTER                   CHARLES E. ROBERTS, ESQ.
Acting United States Attorney           Assistant U.S. Attorney
   for the Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

# O R D E R

       Petitioner, Shedrick Lawrence, brought this petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  By Report-Recommendation dated September 22, 2008,  the

Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that the

petition in this matter be denied and dismissed; and further, that a certificate of appealability

not issue.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in all respects.

A Certificate of Appealability will not be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   October 21, 2008
         Utica, New York.